COURTNEY C. WENRICK (State Bar No. 286380)
ccw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

DENISE HODGE,

Plaintiff,

vs.

WELLS FARGO BANK, NATIONAL ASSOCIATION,

Defendant.

Case No. 2:16-cv-04948
Hon.
Courtroom

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1441 AND 1331**

Action Filed: May 16, 2016

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby removes the above-captioned action from the Superior Court of the State of California, in the County of Los Angeles, to the United States District Court for the Central District of California. Wells Fargo alleges that it is entitled to removal pursuant to 28 U.S.C. § 1331, based upon federal question jurisdiction, as follows:

1. Wells Fargo is named in the Complaint filed on May 3, 2016, by Plaintiff Denise Hodge ("Plaintiff") in the Superior Court of the State of California, in the County of Los Angeles, Case No. 16K05958, entitled *Denise Hodge v. Wells Fargo Bank, N.A.* (the "State Court Action").

2. The Complaint in the State Court Action contained causes of action for violation of the Rosenthal Fair Debt Collection Practices Act and the Telephone Consumer Protection Act ("TCPA").

3. Wells Fargo has not yet filed an answer or otherwise responded to Plaintiff's Complaint in the State Court Action.

4. This notice of removal is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure, Rule 6(a) because it was filed within 30 days of the service on Wells Fargo of a copy of the Complaint on June 6, 2016.

5. Removal to the United States District Court for the Central District of California is proper because this is the district which embraces the county in which Plaintiff filed the State Court Action. 28 U.S.C. § 1441(a).

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 because it arises under the following federal statute: (1) the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 et seq. See,

e.g., Complaint ¶¶ 1, 3, 9-12, 17-18, and 21-26; *Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740, 753 (2012).

7. This Court has supplemental jurisdiction over all other claims asserted by Plaintiffs pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).

8. As required by 28 U.S.C. § 1446(d), Wells Fargo will provide written notice of the removal of this action to Plaintiffs, and to the Los Angeles County Superior Court.

9. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit A are accurate copies of all papers received as of July 6, 2016.

WHEREFORE, Wells Fargo prays that the State Court Action be removed from state court to this Court and that this Court assume jurisdiction over the action and determine it on the merits.

DATED: July 6, 2016

SEVERSON & WERSON
A Professional Corporation

By: */s/ Courtney C. Wenrick*
Courtney C. Wenrick

Attorneys for Defendant
WELLS FARGO BANK, N.A.